NUMBER 13-01-669-CR

COURT OF APPEALS

 THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________


ANTONIO BARRIENTES , Appellant,


v.


THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 197th District Court 

of Cameron County, Texas.

___________________________________________________________________


O P I N I O N


Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam


 Appellant, ANTONIO BARRIENTES , perfected an appeal from a judgment entered by the 197th District Court of
Cameron County, Texas, in cause number 84-CR-314-C . Appellant has filed a motion to dismiss the appeal. The motion
complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's motion to dismiss the appeal is granted, and the
appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 1st day of November, 2001 .